IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

KYLE DARNELL,

Plaintiff,

v.

ROBERT RYMARKIEWICZ *et al.*,

Defendants.

ORDER

Case No. 26-cv-800-jdp

---

On September 15, 2026, the court entered an order directing plaintiff Kyle Darnell, an inmate at Columbia Correctional Institution, to submit an initial partial payment of the filing fee in the amount of $34.34 by October 7, 2026. Plaintiff has now filed a motion to use release account funds to pay the entire filing fee. Dkt. 6. Additionally, plaintiff asks to "take a short leave from the case" while he attempts to find an attorney. *Id*. Plaintiff's request to use release account funds is DENIED for the reasons set forth below. Plaintiff's request to "take a short leave from the case," which I construe as a motion to stay, is DENIED AS UNNECESSARY.

Under the Prison Litigation Reform Act, an inmate who files a lawsuit in federal court under the *in forma pauperis* statute, 28 U.S.C. § 1915, must pay the $350 filing fee, first by making an initial partial payment under § 1915(b)(1), and then by paying the remainder of the filing fee in monthly installments under § 1915(b)(2). If a prisoner does not have sufficient funds in a regular account to make the initial partial payment, then the prisoner may withdraw funds from a release account, but only after exhausting funds in his regular account. *See Carter v. Bennett*, 399 F. Supp. 2d 936, 937 (W.D. Wis. 2005). This court has no authority to order that prison officials must allow plaintiff to withdraw funds from his release account to pay the entire filing fee. "[N]othing in the fee collection provision of § 1915 can be read as requiring

the state to allow a prisoner to pay off the balance of a federal court filing fee from money carried over several months in [a] release account." *Id*.

The only amount that plaintiff must pay at this time is the initial partial payment of $34.34. Before prison officials take any portion of the payment from plaintiff's release account, they will first take money from his regular account, up to the full amount. Since the court has not yet received the initial partial payment, and since the deadline is October 7, the court will give plaintiff additional time, until October 28, 2026, to make the payment.

Finally, plaintiff's request to "take a short leave from the case" is denied as unnecessary. After plaintiff makes the initial partial payment, his complaint will be screened under 28 U.S.C. §§ 1915(e)(2) and 1915A. Plaintiff may seek legal representation at any time.

ORDER

IT IS ORDERED that:

1. Plaintiff Kyle Darnell's motion to use release account funds to pay the entire filing fee in this case is DENIED.

2. Plaintiff may have until October 28, 2026, to submit a check or money order payable to the clerk of court in the amount of $34.34. If plaintiff fails to make the payment by October 28, 2026, or fails to show cause why the payment could not be made, then I will assume that plaintiff wishes to withdraw this action voluntarily and the case will be dismissed without prejudice.

3. Plaintiff's request to "take a short leave from the case," which I construe as a motion to stay, is DENIED AS UNNECESSARY.

Entered this 2nd day of October, 2026.

BY THE COURT:

/s/

ANDREW R. WISEMAN
United States Magistrate Judge